IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMESON FREDDY<br><br>Defendant. | MEMORANDUM DECISION AND ORDER TO RE-SET STATUS CONFERENCE<br><br><br><br>Case No. 2:08-CR-818 TS |

This matter is before the Court on the Status Report of Defendant While on Pretrial Supervision. The Court has reviewed the Report and consulted with Probation. The Court finds that Defendant is doing very well, is employed, and fully compliant. The government agrees with Defendant's request for an additional 180-day period to establish post-offense pre-sentence rehabilitation. The Court finds such period to be appropriate. It is therefore

ORDERED that a status conference shall be set for 180-days.

DATED   May 13, 2010.

BY THE COURT:

_____
TED STEWART
United States District Judge