IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br><br><br>    vs.<br><br><br><br>JAMESON FREDDY<br><br>    Defendant. | MEMORANDUM DECISION AND ORDER TO RE-SET STATUS CONFERENCE<br><br><br><br><br><br>Case No. 2:08-CR-818 TS |

This matter is before the Court on Defendant's request for an additional period of 180-days for post-offense rehabilitation. Defendant pleaded guilty on June 29, 2009. On September 14, 2009, the Court granted the request by counsel for the government and for Defendant that Defendant remain on release status for a period of time to allow him a chance at presentence rehabilitation.

Since that time, periodic reports have been submitted showing that Defendant is doing very well. The Court has verified the November 10, 2010 Status Report on Pre-Trial Supervision with Pretrial Services. The Court finds that Defendant continues to maintain full-time employment, checks in every week with Pretrial Services as required, and is fully compliant with all other conditions of pretrial release.

The government agrees with Defendant's request for an additional 180-day period to establish post-offense pre-sentence rehabilitation. The Court finds such period to be appropriate. It is therefore

ORDERED that a status conference shall be set for 180-days.

DATED   November 15, 2010.

BY THE COURT:

_____

TED STEWART
United States District Judge